OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701
02 1W
0001401603 NOV 05 2015

$ 000.27⁵

WR-74,501-07

11/4/2015
TUCKER, EDWARD CHARLES Tr. Ct. No. 241-2005-07-D
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

EDWARD CHARLES TUCKER
HODGE UNIT - TDC #1495137
P.O. BOX 999
RUSK, TX 75785